SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY P. CRUDO (CSBN 143835)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Timothy.Crudo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>STANLEY C. RHODES, )<br>)<br>   Defendant. )<br>_____) | Case No. CR 07-0038 MHP<br><br>[PROPOSED] ORDER CONTINUING<br>SENTENCING TO JULY 30, 2007 |

     WHEREAS, on January 22, 2007 the defendant was charged in a one-count Information with mail fraud in violation of 18 U.S.C. § 1341;

     WHEREAS, on March 5, 2007 the defendant pleaded guilty to the count charged in the Information;

     WHEREAS, the defendant is currently scheduled to be sentenced on June 4, 2007;

     WHEREAS, the defendant and his counsel have been cooperating with the United States Probation Office to provide information in connection with the Probation Office's Presentence Report;

[PROPOSED] ORDER
CASE NO. CR-07-0038 MHP

1   WHEREAS, the defendant and his counsel believe that continuing the date of the
2   sentencing would enable the defendant to provide additional information to the Probation Office
3   that would be germane to the defendant's sentencing;
4   WHEREAS, the Probation Office has informed the defendant that it has no objection to a
5   continuation of sentencing to July 30, 2007;
6   WHEREAS, counsel for the United States is currently scheduled to begin trial in *United*
7   *States v. Reyes*, Case No. CR 06-0556 CRB, on June 11, 2007, which trial is schedule to last for
8   at least several weeks, and;
9   WHEREAS, counsel for the United States does not object to continuing sentencing in this
10  matter to July 30, 2007;
11  THEREFORE, it is hereby stipulated by and between the defendant and the United States,
12  through their respective counsel of record, that the sentencing shall be continued from June 4,
13  2007 to July 30, 2007.
14  IT IS SO STIPULATED.

16  DATED: May 18, 2007                    /S/
                                            TIMOTHY P. CRUDO
17                                          Assistant U.S. Attorney

19  DATED: May 18, 2007                    /S/
                                            ROBERT A. CASPER
20                                          Counsel to Defendant

22  IT IS SO ORDERED.

23  Dated: 5/21/2007

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER
CASE NO. CR-07-0038 MHP           2