SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

TIMOTHY P. CRUDO (CSBN 143835)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Timothy.Crudo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0038 MHP |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER CONTINUING SENTENCING TO OCTOBER 29, 2007 |
| v. | ) ) | |
| STANLEY C. RHODES, | ) ) | |
| Defendant. | ) ) | |

     WHEREAS, on January 22, 2007 the defendant was charged in a one-count Information with mail fraud in violation of 18 U.S.C. § 1341;

     WHEREAS, on March 5, 2007 the defendant pleaded guilty to the count charged in the Information;

     WHEREAS, the defendant was previously scheduled to be sentenced on June 6, 2007 and, pursuant to a stipulated continuance, is currently scheduled to be sentenced on July 30, 2007;

///

[PROPOSED] ORDER
CASE NO. CR-07-0038 MHP

1   WHEREAS, the defendant and his counsel have been cooperating diligently with the
2  United States Probation Office to provide information in connection with the Probation Office's
3  Presentence Report and have scheduled an interview with the defendant and the Probation
4  Office;
5   WHEREAS, the defendant and his counsel believe that continuing the date of the
6  sentencing would enable the defendant to provide additional information to the Probation Office
7  that would be germane to the defendant's sentencing;
8   WHEREAS, the Probation Office has informed the defendant that it has no objection to a
9  continuation of sentencing to October 29, 2007;
10   WHEREAS, counsel for the United States is currently in trial in *United States v. Reyes*,
11  Case No. CR 06-0556 CRB, which trial is expected to continue beyond July 30, 2007;
12   WHEREAS, counsel for the United States is scheduled to be out of the country and
13  unavailable September 17 through and including October 5, 2007, and;
14   WHEREAS, counsel for the United States does not object to continuing sentencing in this
15  matter to October 29, 2007;
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  THEREFORE, it is hereby stipulated by and between the defendant and the United States,
2  through their respective counsel of record, that the sentencing shall be continued from July 30,
3  2007 to October 29, 2007.

4  IT IS SO STIPULATED.

6  DATED: July 18, 2007                                          /S/
                                                          TIMOTHY P. CRUDO
7                                                         Assistant U.S. Attorney

9  DATED: July 18, 2007                                          /S/
                                                          ROBERT A. CASPER
10                                                        Counsel to Defendant

11  IT IS SO ORDERED.

13  Dated: July 19, 2007

IT IS SO ORDERED

*Judge Marilyn H. Patel*

[PROPOSED] ORDER
CASE NO. CR-07-0038 MHP                    3