1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  TIMOTHY P. CRUDO (CSBN 143835)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Facsimile: (415) 436-7234
      Timothy.Crudo@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )    Case No. CR 07-0038 MHP
15                                  )
          Plaintiff,                )    [PROPOSED] ORDER CONTINUING
16                                  )    SENTENCING TO JANUARY 28, 2008
      v.                            )
17                                  )
                                    )
18 STANLEY C. RHODES,               )
                                    )
19        Defendant.                )
                                    )
20 ─────────────────────────────────)

21       WHEREAS, on January 22, 2007 the defendant was charged in a one-count Information

22 with mail fraud in violation of 18 U.S.C. § 1341;

23       WHEREAS, on March 5, 2007 the defendant pleaded guilty to the count charged in the

24 Information;

25       WHEREAS, the defendant was initially scheduled to be sentenced on June 6, 2007 and,

26 pursuant to a stipulated continuance, that sentencing hearing was continued to July 30, 2007;

27 / / /

28 / / /

[PROPOSED] ORDER
CASE NO. CR-07-0038 MHP

1  WHEREAS, the defendant's sentencing date was thereafter continued to October 29,
2  2007 to permit the Probation Office to interview the defendant prior to preparing the Presentence
3  Report and to accommodate government counsel's trial and travel schedule;
4  WHEREAS, the Probation Office has submitted the Presentence Report;
5  WHEREAS, the defendant was recently diagnosed with a serious medical condition,
6  further information concerning which will be provided by the defendant to the Court under seal
7  should the Court so direct;
8  WHEREAS, the defendant has provided information to the government and to the
9  Probation Officer concerning his medical condition and in light of his condition the government
10 and the Probation Officer have no objection to continuing the defendant's sentencing;
11 WHEREAS, counsel for the United States currently is scheduled to be in trial in *United*
12 *States v. Jensen*, Case No. CR 06-0556 CRB, which trial is expected to begin with jury selection
13 on November 19, 2007;
14 THEREFORE, it is hereby stipulated by and between the defendant and the United States,
15 through their respective counsel of record, that the sentencing shall be continued from October
16 29, 2007, to January 28, 2008.
17 IT IS SO STIPULATED.

/S/

DATED: October 22, 2007 _____
TIMOTHY P. CRUDO
Assistant U.S. Attorney

/S/

DATED: October 22, 2007 _____
ROBERT A. CASPER
Counsel to Defendant

IT IS SO ORDERED.

Dated: 10/24/2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER
CASE NO. CR-07-0038 MHP